1028

[No. 24876-3-III. Division Three. October 24, 2006.]

MONUMENT HILLS, L.L.C., *Appellant*, v. DEAN SANDOW, *Respondent*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 05-2-00151-1, Scott R. Sparks, J., entered December 22, 2005. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Brown and Kato, JJ.

[No. 24380-0-III. Division Three. October 26, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. J.J.R., *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 05-8-00735-5, F. James Gavin, J., entered July 5, 2005. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, A.C.J., and Kulik, J.

[No. 24622-1-III. Division Three. October 26, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID BULLARD MIDDLETON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 05-1-02233-8, Salvatore F. Cozza, J., entered October 13, 2005. *Affirmed* by unpublished opinion per Kato, J., concurred in by Sweeney, C.J., and Brown, J.

[No. 55148-5-I. Division One. October 30, 2006.]

LARRY D. LABREC, *Appellant*, v. THE CITY OF SEATTLE ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 03-2-20078-6, Terence Lukens, J., entered September 28, 2004. *Affirmed in part* and *reversed in part* by unpublished opinion per Dwyer, J., concurred in by Agid and Ellington, JJ.